IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DENNIS SCALES**                                                        **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 4:08cv141-LRA**

**CARL L. MICKENS, FREDA**
**PHILLIPS, AND JAN W. HARRIS**                                  **DEFENDANTS**

## **FINAL JUDGMENT**

Upon due consideration of the Complaint, Defendants' Motion to Dismiss [#34] and Motion for Summary Judgment [#35], and the sworn testimony presented by Plaintiff Dennis Scales at the omnibus hearing in this cause,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint filed by Dennis Scales is **dismissed with prejudice**, and, Final Judgment in favor of Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 24th day of July, 2009.

                                             S/ Linda R. Anderson
                                   UNITED STATES MAGISTRATE JUDGE